UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVE LEFFLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: |
| vs | ) |
| | ) |
| CUMMINS INC. WELFARE | ) |
| BENEFIT PLAN and UNUM | ) |
| LIFE INSURANCE COMPANY of | ) |
| AMERICA, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Steve Leffler, by counsel, Melissa A. Davidson, and for his complaint for Damages against Defendants, Cummins Inc. Welfare Benefit Plan ("the Plan") and UNUM Life Insurance Company of America ("UNUM") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Knox County.

2. That Defendant, the Plan, is a welfare benefit plan for the employees of Cummins Inc., a for-profit domestic corporation doing business in the State of Indiana.

3. That Defendant, UNUM, is an insurance company doing business in the State of Indiana.

4. UNUM issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. UNUM is a fiduciary of the Plan.

6. UNUM processed and denied Plaintiff's disability claim.

7. UNUM is both the claims adjudicator and payer of this claim.

8. UNUM benefits financially from denying Plaintiff's claim.

9. UNUM has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff was an employee of Cummins Inc., 500 Jackson Street, Columbus, IN 47201, where in his capacity as a design engineer, he was a participant in the Plan.

12. That Plaintiff applied for long-term disability benefits and was denied benefits under the aforementioned insurance policy.

13. That Plaintiff administratively appealed this denial, as he suffers from numerous medical impairments that qualify him for continuing benefits under the terms of the Plan.

14. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under his policy and the Plan.

15. Defendants' decision denying his disability benefits was arbitrary and capricious.

16.     That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due him under the Plan and has incurred Attorney fees in order to rectify the harm done to him.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with his past due benefits, interest, reinstatement of his benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

 /s/ Melissa A. Davidson
Melissa A. Davidson
HANKEY, MARKS & CRIDER
429 E. Vermont Street, Suite 200
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com