UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVE LEFFLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) Case No. 2:24-cv-00149-MPB-MG ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 6, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF